1056

No. 97–6528. OMAWALLI v. ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6530. BRIGHT v. CARUSO. C. A. 6th Cir. Certiorari denied.

No. 97–6531. BERGMANN v. CANDLER COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6532. PAGE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–6537. SAUNDERS v. HARTFORD FIRE INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 97–6540. ASHLEY v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 97–6545. MCBRIDE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–6546. MCINTYRE v. NEVADA. C. A. 9th Cir. Certiorari denied.

No. 97–6553. RICHARDSON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–6558. SKOLNICK ET AL. v. CLINTON ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–6561. LIBBERTON v. ARIZONA. Super. Ct. Ariz., Maricopa County. Certiorari denied.

No. 97–6564. ROBERTS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–6565. BRACEWELL ET AL. v. LOBMILLER ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6566. COGGINS v. FIRST FAMILY FINANCIAL SERVICES, INC. C. A. 11th Cir. Certiorari denied.

No. 97–6573. DYER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 97–6576. SMITH v. GRIMES, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.